UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSALYN CURRIE,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

CIVIL ACTION NO. 05-60074

HON. JOHN CORBETT O'MEARA

**ORDER ADOPTING MAGISTRATE JUDGE MAJZOUB'S**
**REPORT AND RECOMMENDATION**

    The court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. 636(b)(1)(B), and LR 72.1(b)(E.D.Mich.Sept 8, 1998), has reviewed the Magistrate Judge's report and recommendation as well as any objections filed by the parties, and after conducting a *de novo* review, the court accepts the magistrate judge's report and recommendation as the court's findings and conclusions.

    Accordingly, it is hereby **ORDERED** that the report and recommendation is **ADOPTED.**

                      s/John Corbett O'Meara
                      John Corbett O'Meara
                      United States District Judge

Dated: June 28, 2006

Copies:

Rosalyn Currie
67 Hazelcrest #6
Hazel Park, MI 48030

usamie.dcu@usdoj.gov