UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSALYN CURRIE,

    Plaintiff,

  v.

COMMISSIONER OF
SOCIAL SECURITY,
_____/

CIVIL ACTION NO. 05-60074

HON. JOHN CORBETT O'MEARA

## JUDGMENT

    This action came before the Court, Honorable John Corbett O'Meara, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered,

    It is **ORDERED** and **ADJUDGED** that plaintiff's Complaint be **DISMISSED** for failure to prosecute.

Dated June 28, 2006.
    Ann Arbor, MI

                              DAVID WEAVER
                              CLERK OF THE COURT

                              s/Denise Goodine
                              Denise Goodine
                              Deputy Clerk

APPROVED:

s/John Corbett O'Meara
JOHN CORBETT O'MEARA
UNITED STATES DISTRICT JUDGE

Copies:

Rosalyn Currie
67 Hazelcrest #6
Hazel Park, MI 48030

usamie.dcu@usdoj.gov